1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:11-cv-00513-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER |
| vs. | |
| AJIT S. GILL and SURINDER K. GILL dba HANDI STOP MARKET, | |
| Defendants. | |

**WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3, 2011;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for July 7, 2011 at 9:45 a.m., during Plaintiff's counsel's absence;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date convenient to the Court after August 15, 2011.

Dated: June 30, 2011                                 MOORE LAW FIRM, P.C.


                                                     /s/ Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorneys for Plaintiff

*Moore v. Ajit S. Gill, et al.*
Stipulation to Continue Mandatory Scheduling Conference

Page 1

Dated: June 29, 2011                                          FISHER & PHILLIPS LLP

                                                              /s/ James Fessenden
                                                              James Fessenden
                                                              Attorney for Defendants

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 7, 2011, be continued to September 1, 2011, at 9:30 a.m. in Courtroom 8, before the Honorable Sheila K. Oberto. A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 30, 2011**                                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

*Moore v. Ajit S. Gill, et al.*
Stipulation to Continue Mandatory Scheduling Conference

Page 2