K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>      vs.<br><br>AJIT S. GILL and SURINDER K. GILL dba HANDI STOP MARKET,<br><br>            Defendants. | No.  1:11-CV-00513-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Ajit S. Gill and Surinder K. Gill dba Handi Stop Market, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: February 7, 2012                                                MOORE LAW FIRM, P.C.


                                                                              /s/Tanya E. Moore
                                                                              Tanya E. Moore
                                                                              Attorney for Plaintiff Ronald Moore

///

///


*Moore v. Gill, et al.*
Stipulation for Dismissal

Page 1

1 | Date: February 7, 2012                                                      FISHER & PHILLIPS LLP

                                                                /s/ James Fessenden
                                                                James Fessenden, Attorneys for
                                                                Defendants Ajit S. Gill and Surinder K.
                                                                Gill dba Handi Stop Market

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 7, 2012**                            **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE

*Moore v. Gill, et al.*
Stipulation for Dismissal
                                                        Page 2